IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DUANE JEMISON, JR., | : | Case No. 1:24-cv-362 |
| Petitioner, | : : : | Judge Matthew W. McFarland<br>Magistrate Judge Karen L. Litkovitz |
| v. | : : | |
| WARDEN, PICKAWAY CORRECTIONAL INSTITUTION, | : : : | |
| Respondent. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 2)**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 2), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety. Accordingly, Petitioner's application for leave to proceed *in forma pauperis* (Doc. 1) is **DENIED**. Petitioner is **ORDERED** to pay the full filing fee of $5.00 within thirty (30) days of the entry of this order. Petitioner is advised that failure to pay the full filing fee within the thirty-day period will result in the dismissal of this action for want of prosecution.

IT IS SO ORDERED.

                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF OHIO

By: /s/ Matthew W. McFarland
                                    JUDGE MATTHEW W. McFARLAND