IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DUANE JEMISON, JR., | : | Case No. 1:24-cv-362 |
| Petitioner, | : | Judge Matthew W. McFarland |
| vs. | : | |
| DIRECTOR, Ohio Department of Rehabilitation and Corrections, | : | |
| Respondent. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 20)

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. 20), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court **DISMISSES** the Petition (Doc. 6) with prejudice and **CERTIFIES** that an appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*. This case is **TERMINATED** from the Court's docket.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND